# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | Plaintiff, ) | |
| vs. | ) | Case No. 02-0116-03-CR-W-FJG |
| Steve L. Wright, Jr., | ) | |
| | Defendant. ) | |

## ORDER

Pending before the Court is defendant's motion to dismiss complaint for violation of defendant's statutory and constitutional right to a speedy trial (Doc. #280), filed August 5, 2005, and the government's response in opposition thereto (Doc. #289), filed September 6, 2005.

On September 19, 2005, United States Magistrate Judge Robert E. Larsen entered a report and recommendation (Doc. #296) which recommended denial of the above-mentioned motion. No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings of fact and conclusion. Therefore, the Court finds that defendant's motion to dismiss complaint for violation of defendant's statutory and constitutional right to a speedy trial (Doc. #280), filed August 5, 2005, must be denied.

Accordingly, it is

ORDERED that the magistrate's findings of fact and conclusion are hereby adopted and incorporated herein by reference. It is further

ORDERED that defendant's motion to dismiss complaint for violation of defendant's statutory and constitutional right to a speedy trial (Doc. #280), filed August 5, 2005, is denied, and the specific time periods reflected in the chart in the report and recommendation (Doc. #296) shall be excluded from the time within which this criminal action must commence.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
United States District Judge

Dated: November 15, 2005
Kansas City, Missouri