

# UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
6652 UNITED STATES COURTHOUSE
400 EAST NINTH STREET
KANSAS CITY, MISSOURI 64106

ROBERT E. LARSEN  (816) 512-5760
MAGISTRATE JUDGE  FAX 512-5773

June 20, 2006

William E Shull
104 West Kansas
Liberty, MO 64068

Martin D Warhurst
1125 Grand Blvd.
Suite 704
Kansas City, MO 64106

Charles E. Ambrose, Jr.
United States Attorney's Office
400 E. 9th Street
Suite 5510
Kansas City, MO 64106

    Subject: <u>United States v. Steve Wright</u>, 02-00116-03-CR-W-FJG

Dear Mr. Shull, Mr. Warhurst, and Mr. Ambrose:

    As you know, the jury panel is scheduled to come in on June 22, 2006, to complete the jury questionnaires. The clerk's office employees will begin their instructions at 8:15 and I will swear in the panel and give my own instructions at 8:30. The defendant will not be present; however, if any counsel wishes to appear to observe, you are most welcome.

    The copies of the completed questionnaires will be available to pick up by the afternoon of Tuesday, June 27, 2006. You may contact Kelsee Pierce in the jury office to arrange to pick up your copies.

    Sincerely,

    /s/ *Robert E. Larsen*

    Robert E. Larsen