IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 02-00116-03-CR-W-FJG |
| STEVE WRIGHT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER STRIKING JURY PANEL MEMBERS**
**FOR CAUSE/HARDSHIP**

It is

ORDERED that pursuant to a stipulation by the parties, the following jury panel members are stricken for cause/hardship:

Juror #1, Juror #13, Juror #17, Juror #19, Juror #24, Juror #26, Juror #27, Juror #30, Juror #37, Juror #38, Juror #39, Juror #43, Juror #45, Juror #48, Juror #49, Juror #58, Juror #59, Juror #67, Juror #68, Juror #75, Juror #78, Juror #83, Juror #85, Juror #86, Juror #89, Juror #90, Juror #91, Juror #94, Juror #97, Juror #98, Juror #99, Juror #102, Juror #107, Juror #113, Juror #114, Juror #115, Juror #116, Juror #119, Juror #121, Juror #123, Juror #124, Juror #128, and Juror #132.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge

Dated: July 12, 2006
Kansas City, Missouri