# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| vs. | ) No. 02-0116-03-CR-W-FJG |
| Steve L. Wright, Jr. | ) |
| Defendant. | ) |

# ORDER

In preparation for trial, counsel are advised of the following:

1. During voir dire, the venire will have a copy of their jury questionnaire for reference. At the conclusion of the voir dire, each questionnaire will be returned to the Court.

2. The venire panel will be broken down into groups.

    A. A panel of 40 will appear for questioning by the Court on August 1, 2006. The Court will first conduct a general voir dire, and then will interview the panel in eight smaller groups of five venirepersons per group with follow-up questions from the questionnaire.

    B. A panel of 38 will appear for questioning by the Court on August 2, 2006. As on August 1, this panel will be subject to general voir dire. Thereafter, the Court will interview the panel in seven smaller groups of five venirepersons per group and one group of three venirepersons with follow-up questions from the questionnaire.

    C. Strikes for cause will follow each small group questioning.

    D. Once the number of jurors required to seat a jury of twelve and four alternates has been attained, selection will stop.

3. Once sworn and seated, each juror will have a notebook. It will contain a brief summary of the indictment. Additionally, the jurors will be allowed to take notes during trial and keep them in those notebooks. The notebooks will be distributed to the jurors at the beginning of each trial day by the Courtroom Deputy Clerk, and collected

by her during any break and at the conclusion of each trial day.

    4.    It is anticipated that the Government will begin evidence on August 3, 2006 and trial will continue on successive Tuesdays through Thursdays in a manner set out in this Court's order of July 19, 2006 (Doc. # 463, Amended Order).

    5.    Counsel are reminded that the trial for the week of August 28, 2006, will be held on Wednesday through Friday, i.e., August 30, August 31, and September 1.

                                      /s/Fernando J. Gaitan, Jr.
                                      United States District Judge

Dated:   July 20, 2006
Kansas City, Missouri