# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 02-00116-03-CR-W-FJG |
| | ) |
| Steve L. Wright, Jr., | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is defendant's Motion for Individual and Separate Voir Dire (Doc. No. 458). As discussed in its previous Order on voir dire (Doc. No. 452), all further voir dire will be handled exclusively by the Court in a manner it deems appropriate. Additionally, as discussed in a separate Order (Doc. No. 465), much of the voir dire will be conducted in small groups of 5 (or fewer) venirepersons each.

Additionally before the Court are the defense's supplemental requested voir dire questions (Doc. No. 464). As previously advised, the Court may or may not use the questions propounded by counsel. See Doc. No. 452. Further, the Court finds most of the questions proffered by the defense to be inflammatory, and the Court will not use inflammatory questions in its voir dire.

      /s/Fernando J. Gaitan, Jr.
      Fernando J. Gaitan, Jr.
      United States District Judge

Dated: July 21, 2006
Kansas City, Missouri