# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 02-00116-03-CR-W-FJG |
| ) | |
| Steve L. Wright, Jr., ) | |
| Defendant. ) | |

## ORDER

Upon reflection after the teleconference held on Friday, July 28, 2006, the Court finds that if the government is unable to produce witness Marlon Brown and is thereby unable to make reference to Counts Five, Six, and Seven of the indictment in its opening statement, unless the government is able to provide law to the contrary on or before Wednesday, August 2, 2006 by noon, the government will be **BARRED** from presenting Counts Five, Six, and Seven to the jury at trial.

**IT IS SO ORDERED.**

                                                 /s/Fernando J. Gaitan, Jr.
                                                 Fernando J. Gaitan, Jr.
                                                 United States District Judge

Dated: July 28, 2006
Kansas City, Missouri