# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 02-00116-03-CR-W-FJG |
| | ) |
| Steve L. Wright, Jr., | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is the Government's Motion for Non-Substantive Amendment of Second Superseding Indictment by Interlineation (Doc. No. 486). Defendant has indicated he will not be filing a response to this motion. As detailed in the motion, Count Sixteen of the Second Superseding Indictment currently contains the language, "more than 50 grams of a mixture and substance containing a detectable [sic] of cocaine base", omitting the word "amount." The government moves for amendment of that count, inserting the word "amount" into the proper location. The government further requests that a conforming change be made to its previously-submitted proposed jury instructions.

Accordingly, for good cause shown, the government's motion (Doc. No. 486) is **GRANTED**.

**IT IS SO ORDERED.**

                                                           /s/Fernando J. Gaitan, Jr.
                                                           Fernando J. Gaitan, Jr.
                                                           United States District Judge

Dated: July 31, 2006
Kansas City, Missouri