Steve L Wright, Jr

4:13-CV-00628-HFS

Re: First Step Act

Defendant, Steve Wright, is currently in federal prison sentance to Life + 110 years. Base on the First Step Act, Defendant is eligible for relief under the 924c stackin provision.

Defendant ask this court to appoint counsel to assist Defendant in adequately filing First Step Act Petition.

Respectfully
Steve L Wright, Jr
*Steve L Wright Jr*

5\13\2019